```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
MICHAEL ROSATI,                   :
                                  :
                  Plaintiff,      :
                                  :         ORDER
       - against -                :
                                  :         08 Civ. 1725 (DC)
PALISADE COLLECTION LLC and       :
PRESSLER & PRESSLER LLP,          :
                                  :
                  Defendants.     :
                                  :
- - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

      Plaintiff Michael Rosati filed this action on February 21, 2008. On July 15, 2008, the Court ordered Rosati to either file proof of service of the summons and complaint or show cause in writing why a further extension of the time limit for service was warranted. He was to do so by August 14, 2008. The Court's order also notified Rosati that failure to comply with the order would result in a dismissal of his case without prejudice.

      Rosati failed to comply with the Court's July 15, 2008 order. Accordingly, it is HEREBY ORDERED that the above-captioned action is dismissed without prejudice in accordance with Fed. R. Civ. P. 4(m).

      SO ORDERED.

Dated:   New York, New York
          August 25, 2008

                                    DENNY CHIN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08